# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **ROBERT JUNIOR MARSHALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 1:09CV314 |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court has before it Plaintiff's "Request to Withdraw his Pending Motion for the Return of Seized Property (Money)." (Docket No. 18.) The court construes the filing as a request by Plaintiff to withdraw his motion with prejudice. **IT IS RECOMMENDED** that the request be granted.

/s/ P. Trevor Sharp<br>
United States Magistrate Judge

Date: March 4, 2010